No. 84–1830. LIBERTY NATIONAL BANK & TRUST COMPANY OF LOUISVILLE, FDBA UNITED KENTUCKY BANK, INC. *v.* GEORGE ET UX. C. A. 6th Cir. Certiorari denied.

No. 84–1831. JONES *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–1833. DRAPE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–1834. BISHOP *v.* INTERNATIONAL PAPER CO. ET AL. Ct. App. Ga. Certiorari denied.

No. 84–1836. DUNN *v.* MEARLS ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–1840. WOODRUM *v.* SOUTHERN RAILWAY CO. C. A. 11th Cir. Certiorari denied.

No. 84–1844. BURRISS *v.* NORTHERN ASSURANCE COMPANY OF AMERICA. Sup. Ct. Kan. Certiorari denied.

No. 84–1846. THOMAS ET AL. *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 84–1847. LANDES *v.* DEPARTMENT OF JUSTICE. C. A. D. C. Cir. Certiorari denied.

No. 84–1848. KOUTSOUBOS, ADMINISTRATOR OF THE ESTATE OF KOUTSOUBOS *v.* BOEING VERTOL, DIVISION OF BOEING CO., ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1849. KEARNS *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–1853. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1854. NORTHERN OIL CO., INC., ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA ET AL. Temp. Emerg. Ct. App. Certiorari denied.